# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY KUEHNER, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:13-1735 |
| v. | : |
| | : (Judge Mannion) |
| COMMONWEALTH OF PENNSYLVANIA, <u>et al</u>., | : |
| | : |
| Respondents | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely pursuant to the statute of limitations. <u>See</u> 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. <u>See</u> 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 2, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1735-01-ORDER.wpd